R. CHWEYA, Plaintiff—Appellee,

v.

Zev YAROSLAVSKY, Defendant—
Appellant,

and

Leroy Baca; et al., Defendants.

No. 01–55058.

D.C. No. CV–00–07150–FMC.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and
RAWLINSON, Circuit Judges.

MEMORANDUM**

Zev Yaroslavsky, a supervisor for the Los Angeles County Board of Supervisors,

---

* This panel unanimously finds this case suitable for decision without oral argument and denies appellants' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

appeals the district court's denial of his motion to dismiss based on absolute and qualified immunity. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm because appellant's contentions are foreclosed by this court's decisions in *Trevino v. Gates*, 23 F.3d 1480, 1483 (9th Cir.1994), and *Navarro v. Block*, 250 F.3d 729, 734 (9th Cir.2001).

Yaroslavsky's motion to file a supplemental brief is denied.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument and denies Burger's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.